IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEPHINA ANAEBUE,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; KENNETH T. (KEN) CUCCINELLI, Acting Director of United States Citizenship and Immigration Services; DANIEL W. ANDRADE, Director for the United States Citizenship and Immigration Services Nashville Field Office,<br><br>    Respondents. | No. 3:19-cv-00879<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Jeffery S. Frensley |

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

Pending is Petitioner's Motion for a Default Judgment and Grant of United States Citizenship pursuant to Federal Rule of Civil Procedure 55. (Doc. No. 10). For the following reasons Petitioner's Motion is **DENIED** without prejudice.

A petitioner must fulfill the procedural requirements of Federal Rule of Civil Procedure 55 and seek an entry of default pursuant to Rule 55(a) prior to seeking default judgment pursuant to Rule 55(b). *See* Fed. R. Civ. P. 55; *White v. Parker*, No. 1:11-CV-294-TRM-CHS, 2018 WL 1279545, at *3 (E.D. Tenn. Feb. 20, 2018). Petitioners must also comply with the requirements of Local Rule 55.01. Pursuant to Local Rule 55.01, motions for entry of default under Fed. R. Civ. P. 55(a) must be accompanied by an unsworn declaration under penalty of perjury under 28 U.S.C. § 1746 verifying, among other things, proof of service and the opposing party's failure to plead or otherwise defend. L.R. 55.01.

1

Petitioner has not fulfilled the procedural requirements of Rule 55(a) or this Court's Local Rules by securing entry of default against Respondents prior to filing the instant motion. As a result, Petitioner's Motion for Default Judgment (Doc. No. 10) is **DENIED** without prejudice.

s/ Lynda M. Hill
Lynda M. Hill
Clerk of Court